08 - 00451 MJJ

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MJJ
550

Jonathan Lee Riches,
Plaintiff

Civil No:

v.

Pepperidge Farm,
Defendant

complaint

comes now the plaintiff, Jonathan Lee Riches, moves under 42 USC 1983. On 12-16-07, I ate a raisan cookie with Ginger bread and got sick afterward. Fci Williamsburg gave me this cookie. I threw up, this is civil rights violation. I seek 207 thousand for suffering

Respectfully
Submitted

Jonathan Lee Riches